**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01411-LTB

ANTHONY TAFOYA,

    Plaintiff,

v.

STATE OF COLORADO,
RICK RAEMISCH, in his official capacity as Executive Director of the Colorado
    Department of Corrections, and in his individual capacity,
ROGER WERHOLZ, in his official capacity as Executive Director of the Colorado
    Department of Corrections, and in his individual capacity,
TONY CAROCHI, in his official capacity as Executive Director of the Colorado
    Department of Corrections, and in his individual capacity,
TOM CLEMENTS, in his official capacity as Executive Director of the Colorado
    Department of Corrections, and in his individual capacity,
ARISTEDES ZAVARIS, in his official capacity as Executive Director of the Colorado
    Department of Corrections, and in his individual capacity,
JOE ORTIZ, in his official capacity as Executive Director of the Colorado Department of
    Corrections, and in his individual capacity,
JOHN SUTHERS, in his official capacity as Executive Director of the Colorado
    Department of Corrections, and in his individual capacity,
MARY CARLSON, in her official capacity as Time Computation Manager of Colorado
    Department of Corrections, and in her individual capacity, and
JOHN DOE, in his/her official capacity as Executive Director of the Colorado
    Department of Corrections, and in his individual capacity,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the "Motion for Recsal" [sic] (ECF No. 17) that Plaintiff, Anthony Tafoya, submitted *pro se* on October 26, 2015. This case was dismissed on September 18, 2015 (ECF No. 10), and the judgment (ECF No. 11) was entered on the same day. Therefore, the motion is DENIED as moot.

Dated: October 28, 2015